UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 13 CASE |
| HARVEY WALTER DIZOL and | § | NO. 3:12-bk-08047 |
| KATHERINE O'REILLY DIZOL | § | |
| 4044 FIZER ROAD | § | |
| SPRINGFIELD, TN 37172 | § | ADVERSARY CASE |
| | § | NO. 14-ap-90179 |
| Debtors and Plaintiffs. | § | |
| | § | |
| v. | § | |
| | § | |
| CHRISTIANA TRUST, A DIVISION OF | § | JUDGE RANDAL S. MASHBURN |
| WILIMINGTON SAVINGS FUND | § | |
| SOCIETY, FSB, AS TRUSTEE FOR | § | |
| STANWICH MORTGAGE LOAN TRUST, | § | |
| SERIES 2012-2013, | § | |
| | § | |
| Defendant. | § | |

## ORDER CONTINUING PRETRIAL CONFERENCE

This matter is presently before the Court on the motion of the Defendant herein to continue the pretrial conference. It appears that Plaintiffs' counsel does not oppose the request herein, and that good cause has been shown.

It is therefore ORDERED as follows:

1. The parties shall file their pretrial statement not later than _____,
   2014.

2. The pretrial conference in this adversary proceeding is hereby continued and rescheduled
   for _____, 2014 at _____ \_\_.m.,
   Courtroom One, Customs House, 701 Broadway, Nashville, Tennessee 37203.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

**PREPARED FOR ENTRY:**

/s/Robert J. Solomon
ROBERT J. SOLOMON
TN BPR No. 31579
For the Firm of
SOLOMON | BAGGETT, LLC
40 Technology Parkway South, Suite 202
Norcross, Georgia 30092
Telephone: (678) 243-2512
Facsimile: (678) 243-2518
rsolomon@sb-law.com
Attorneys for Defendant