## IN THE UNITED STATED BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In the Matter of: ) | BK Case No. 3:12-bk-08047 |
| HARVEY WALTER DIZOL and ) | |
| KATHERINE O'REILLY DIZOL ) | |
| 4044 FIZER ROAD ) | Chapter 13 |
| SPRINGFIELD, TN 37172 ) | Adversary Case #: 14-ap-90179 |
| ) | |
|     Debtors and Plaintiffs. ) | |
| ) | Judge: Randal S. Mashburn |
| v. ) | |
| ) | |
| CHRISTINIA TRUST, A DIVISION ) | |
| OF WILMINGTON SAVINGS FUND ) | |
| SOCIETY, FSB, AS TRUSTEE FOR ) | |
| STANWICH MORTGAGE LOAN ) | |
| TRUST, SERIES 2012-13 ) | |
|     Defendant. ) | |

## ORDER DISSMISSING ADVERSARY PROCEEDING

Debtors, through counsel, have made the decision to dismiss this adversary proceeding.

It is hereby ORDERED that this adversary proceeding will be, and is hereby, DISMISSED.

    **IT IS SO ORDERED.**

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:
/s/ Steven R. Wilmoth
STEVEN R. WILMOTH #025759
409 North Locust Street
Springfield, TN 37172
(p) 615-384-7750
(f) 615-384-4871
steven@thefleminglawfirm.net